# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4226 | **DATE** | 10/13/2011 |
| **CASE TITLE** | Manuel Silva, et al vs. Sabatinos Restaurant, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 10/13/2011. Motion to certify class [66] is granted in that the certified class may proceed with claims under the Illinois Wage Payment and Collection Act, but otherwise denied. Status hearing set for 12/13/2011 at 9:00 AM.

Notices mailed by Judicial staff.

00:29

| | Courtroom Deputy Initials: | ETV |
|---|---|---|